**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: April 17, 2019**



Jeffery P. Hopkins
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | : | CASE NO 18-13425 |
| | : | Chapter 13 |
| Joshua V. Jones | : | |
| Amanda Jones | : | JUDGE Hopkins |
| | | |
| Debtor(s) | | |

**AGREED ORDER GRANTING APPLICATION OF CHAPTER 13 DEBTORS
TO EMPLOY PROFESSIONAL**

This matter is before the Court on the Application of Chapter 13 Debtor to Employ Professional (ECF No. 38) ("Application").

The Chapter 13 Trustee's office having responded and no other parties having responded, the twenty-one day notice period having run and for good cause shown, the Application is granted. Brian Flick of DannLaw Firm is authorized to represent Debtor as his attorney for the purpose of legal representation in a class action claim and is authorized to be compensated pursuant to Federal Rule of Bankruptcy Procedure 2016.

Debtor's counsel will provide Trustee with status report regarding litigation every six months.

**IT IS SO ORDERED.**

AGREED BY:

/s/ Tammy E. Stickley
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. Dicesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Tammy E. Stickley, Esq.
Staff Attorney
Attorney No. OH 0090122

600 Vine Street
Suite 2200
Cincinnati, OH 45202
513 621-4488
513 621-2643 Facsimile


/s/ Nicholas A. Zingarelli
Nicholas A. Zingarelli, Esq. (OH-0079110)
ZINGARELLI LAW OFFICE, LLC
Counsel for Debtor
810 Sycamore Street, 3rd Floor
Cincinnati, Ohio 45202
513-381-2047
513-263-9006  Facsimile


Copies to: Default List